# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**GARY LEON WEBSTER**  **PLAINTIFF**
**ADC #114018**

v.                    **CASE NO. 3:19-CV-00385 BSM**

**TERRY GOODWIN JONES,** *et al.*  **DEFENDANTS**

## ORDER

Gary Webster has not served any of the defendants, and the time to do so has expired. Fed. R. Civ. P. 4. This case is dismissed without prejudice.

IT IS SO ORDERED this 8th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE